UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEXTER BURRELL TAYLOR**, Petitioner, vs. **SHERMAN CAMPBELL,** Respondent. | 2:21-CV-10816 **JUDGMENT** |

In accordance with the Opinion and Order issued on this date;

It is **ORDERED AND ADJUDGED** that:
(1) The Petition for a Writ of Habeas Corpus is **DENIED AND DISMISSED WITH PREJUDICE**.
(2) A Certificate of Appealability is **DENIED**.
(3) Petitioner is **GRANTED** leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan: April 21, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE